UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RONALD LAMONT DAVIS #223815,

       Plaintiff,

v.

JENNIFER BAILEY, et al.,

       Defendants.

_____/

Case No. 1:22-cv-790

Honorable Phillip J. Green

## **JUDGMENT**

Consistent with the Opinion and Order filed this day, Defendants' Motion for Summary Judgment, (ECF No. 26), is granted and this matter is terminated.

Dated:  March 13, 2025

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge